UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL RIOS,<br><br>        Plaintiff,<br><br>   v.<br><br>ORTIZ, et al,<br><br>        Defendants. | 1:23-cv-01595-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE FRESNO COUNTY SHERIFF |

     Plaintiff, a prisoner, initiated this action on November 13, 2023, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement and/or certification from prison officials in support. (Doc. No. 2). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915. **Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $15.35[1] (20% of the average 6-month balance in the prisoner's account).** Thereafter, Plaintiff must make monthly payments of 20% of the preceding month's income credited to his trust account. The Fresno County Sheriff is required to send the initial $15.35 payment to the Clerk of the Court and subsequent payments

---

[1] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits or average monthly balance. 28 U.S.C. § 1915(b)(1)(A), (B). Plaintiff had an average balance of $76.75 in his inmate trust fund account over the relevant period.

1

from Plaintiff's account each time the amount in her account exceeds $10.00, until the $350.00 statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. **The Fresno County Sheriff or his designee shall forward an initial payment of $15.35 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C.  § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis application* on the Fresno County Sheriff located at P.O. Box 872, Fresno, CA 93712.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

Dated:     November 13, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE